JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GILAT ENGLANOFF, M.D., an individual,

          Plaintiff,

v.

UNUM GROUP, a Delaware Corporation (d/b/a, UNUM and Provident Life and Accident Insurance Company); PROVIDENT LIFE AND ACCIDENT INSURANCE CO., a foreign insurer,

          Defendants.

Case No.  2:17-cv-07177-AB-JPR

**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**

**Honorable André Birotte Jr.**

    Upon consideration of the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all parties.  Each party is to bear their own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated:  April 1, 2019

_____
Honorable André Birotte Jr.
United States District Judge

ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE